is not available against the trust company it cannot prevail against the plaintiff for so far as this case shows it acquired a legal title to the claims of the trust company against the appellant.   In a review of the whole case we fail to discover reasons justifying a reversal.

The judgments are affirmed.

---

## Thurston, Appellant, *v.* Assets Realization Company (No. 2).

OPINION BY HENDERSON, J., July 15, 1914:

The same questions arise in this appeal which were considered and disposed of in the appeal of I. Leonard Aronson in an opinion this day filed, ante, p. 99, arising out of the same case.   For the reasons there stated this appeal is dismissed and the judgment affirmed at the cost of the appellant.

---

## Thurston, Appellant, *v.* Assets Realization Company (No. 3).

OPINION BY HENDERSON, J., July 15, 1914:

The same questions arise in this appeal which were considered and disposed of in the appeal of I. Leonard Aronson in an opinion this day filed, ante, p. 99, arising out of the same case.   For the reasons there stated this appeal is dismissed and the judgment affirmed at the cost of the appellant.